IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM ESCOLASTICO,<br><br>        Plaintiff,<br><br>     v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 15-3085 |

### ORDER

**AND NOW**, this 5th day of October, 2015, after a pre-trial conference with all counsel held on October 1, 2015, it is hereby **ORDERED** as follows:

1. All discovery in this matter shall be completed by December 31, 2015; and

2. A status/settlement conference shall be held on December 3, 2015 at 2:00 in the chambers of the undersigned, 400 Washington Street, Reading, Pennsylvania. All persons with ultimate settlement authority shall be readily available by telephone for the duration of the conference.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              **Jeffrey L. Schmehl, J.**